# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-20249
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

January 29, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Carl Wayne Green,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CR-452-1

———————————————————

Before Wiener, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Carl Wayne Green has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Green has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-20249

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.

As counsel asserts, however, there is a clerical error in the written judgment.   The special supervised release condition regarding computer monitoring includes duplicative language regarding participation in a sex offense treatment program.   Accordingly, we REMAND for correction of the clerical error in the written judgment in accordance with Federal Rule of Criminal Procedure 36.  *See United States v. Powell*, 354 F.3d 362, 371–72 (5th Cir. 2003).